1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9    MICHAEL ONTIVEROS-YARBROUGH,          Case No.  1:15-cv-00798-SKO

10              Plaintiff,                 **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

11         v.

12                                         (Doc. 2)

     CAROLYN W. COLVIN,
13   Acting Commissioner of Social Security,

14              Defendant.

15   _____/

16

17       Plaintiff Michael Ontiveros-Yarbrough filed a complaint on May 26, 2015, along with an

18   application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

     application demonstrates entitlement to proceed without prepayment of fees.
19
         Accordingly, IT IS HEREBY ORDERED that:
20
         1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;
21
         2.    The Clerk of Court is DIRECTED to issue a summons; and
22
         3.    The United States Marshal is DIRECTED to serve a copy of the complaint,
23
               summons, and this order upon the defendant as directed by the plaintiff.
24

25   IT IS SO ORDERED.

26       Dated:  __**May 28, 2015**__                    _____**/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE
27

28